UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, on behalf of herself and
all others similarly situated,
    Plaintiff,

      v.                          CASE NO.: 1:20-cv-10539

BLADE HQ, LLC

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 11, 2021

| For Plaintiff Jenisa Angeles | For Defendant Blade HQ, LLC |
|---|---|
| Mark Rozenberg<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | David A. Shargel<br>Bracewell LLP<br>1251 Avenue of the Americas 49th floor<br>New York, NY 10020<br>Ph: 212-508-6154<br>David.Shargel@bracewell.com |

## CERTIFICATE OF SERVICE

I certify that on March 11, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*
